**Exhibit A**

**Message has been quarantined:**
This email has been quarantined by Proofpoint Threat Response based on the IT Email Security policy.

**From:** canthony@debevoise-law.com canthony@debevoise-law.com <canthony@debevoise-law.com>
**Sent:** Wednesday, October 27, 2021 8:11:19 AM
**To:**
**Subject:** [EXT] NDA No REF/6543738

EXTERNAL: This email originated from outside of the organization. Do not click any links or open any attachments unless you trust the sender and know the content is safe.

Mr                               .

Please allow me to introduce myself and my firm ,

My name is Christopher Anthony, and I am responsible for **Debevoise & Plimpton LLP** in this case. Our firm has been retained by **CSL LIMITED.** to assist in the acquisition of all assets of a Asian based company for he group.

**Mr Paul Perreault**. has informed me that you will be our contact and will be assisting us in all matters regarding this acquisition.

I would like to share with you the rules of procedures established by the financial market authorities, as well as some details of the asset purchase agreement and in other to do that please find attached below the **NDA REF/6543738,** complete it and return the document signed and in PDF , so that I can share more details with you concerning this new Acquisition deal. .

Best Regards.


Christopher Anthony