**Exhibit B**

# Debevoise & Plimpton



## Christopher Anthony
Partner

New York

Tel: +1 212 909 6031

Christopher Anthony is a corporate partner and a member of the firm's Mergers & Acquisitions and Private Equity Groups. He has worked extensively on acquisitions, divestitures and joint ventures for both private equity and corporate clients.

Mr. Anthony is recommended by *Chambers USA* (2021), where clients note that "he's a very strong negotiator who is commercially minded and able to explain the business rationale for legal concepts very clearly." He is said to have "the rare ability to see the full picture of a deal and tailor his responses accordingly." He is also recognized as a Next Generation Partner by *The Legal 500 US* (2021), was named a 2021 Rising Star for private equity by *Law360* and a 2019 Rising Star for M&A by *The Deal*.

Mr. Anthony is a contributing author to the *Health Care Mergers and Acquisitions Answer Book* (Practising Law Institute, 2020) and the *Debevoise & Plimpton Private Equity Report*. His recent publications include "SPACs Could Become Formidable Bidders in the M&A Market," *New York Law Journal* (October, 2020); *Chambers Practice Guides - Private Equity: USA 2019* (August, 2019); "PE Eyes Public Markets, Distressed Sectors for Deal Flow in 2019," *The Wall Street Journal* (January, 2019); "Introducing Full Equity Backstops to the PE Toolkit," *Debevoise & Plimpton Private Equity Report* (Spring, 2018); and "PE Jumps into the SPAC Markets," *Debevoise & Plimpton Private Equity Report* (Fall, 2017).

Mr. Anthony joined the firm in 2009. He received a J.D. from Columbia Law School in 2009, where he was a Harlan Fiske Stone Scholar, and a B.A. from Duke University in 2005. Mr. Anthony is a member of the Bar of New York.

# Education

Columbia Law School, 2009, J.D.

Duke University, 2005, B.A.

## Bar Admissions

New York

## Practices

Mergers & Acquisitions

Private Equity

Private Equity Buyouts & Other Investments

## Industries

Private Equity

## Regions

US/North America