**DEBEVOISE & PLIMPTON LLP**
Jonathan R. Tuttle
801 Pennsylvania Avenue N.W., Ste. 500
Washington, D.C. 20004
(202) 383-8124
jrtuttle@debevoise.com

**DEBEVOISE & PLIMPTON LLP**
David H. Bernstein (*pro hac vice* pending)
Christopher S. Ford (*pro hac vice* pending)
919 Third Avenue
New York, New York 10022
(212) 909-6696
dhbernstein@debevoise.com
csford@debevoise.com

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF VIRGINIA
### ALEXANDRIA DIVISION

----------------------------------------------------------x
DEBEVOISE & PLIMPTON LLP,

           Plaintiff,

    v.

DEBEVOISE-LAW.COM and

DEBEVOISE-LAWS.COM,

           Defendants.
----------------------------------------------------------x

Civil Action No. 1:21-cv-01386

### ORDER GRANTING PRELIMINARY INJUNCTION

The matter came before the Court on the motion of Plaintiff Debevoise & Plimpton LLP ("Debevoise") for a preliminary injunction requiring the transfer of <debevoise-law.com> and <debevoise-laws.com> to Debevoise's possession and control. The Court has considered all of the papers filed in connection with this motion as well as the facts set forth in the pleadings.

This matter is governed by the criteria for considering a preliminary injunction set forth in *Winter v. Natural Resources Defense Council, Inc.*, 555 U.S. 7, 20 (2008). The

Court finds that the criteria have been satisfied in this case. The Court finds that: (1) Debevoise has a strong likelihood of succeeding on the merits of their Anticybersquatting Consumer Protection Act ("ACPA") claim, 15 U.S.C. § 1125(d); (2) Debevoise is likely to suffer irreparable harm in the absence of preliminary relief; (3) the balance of equities weighs strongly in the favor of Debevoise; and (4) an injunction is in the public interest.

NOW, THEREFORE it is HEREBY ORDERED that:

1. Debevoise's motion for a preliminary injunction is GRANTED; and
2. Verisign, Inc. ("Verisign") is HEREBY DIRECTED to change the registrar of the <debevoise-law.com> and <debevoise-laws.com> domain names to CSC Global and CSC Global is directed to register the <debevoise-law.com> and <debevoise-laws.com> domain names in Debevoise's name, until further order from this Court; and
3. A bond in the amount of $500 shall be posted; and
4. Debevoise shall serve a copy of the pleadings filed in this action to date, along with a copy of this Order, upon Verisign and CSC Global.

It is **SO ORDERED**.

December 16, 2021
Alexandria, Virginia

_____
Liam O'Grady
United States District Judge