## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF VIRGINIA
## ALEXANDRIA DIVISION

-------------------------------------------------------------x
                      :

DEBEVOISE & PLIMPTON LLP,          :

             Plaintiff,       :

               v.           :  Civil Action No. 1:21-cv-01386 (LO/IDD)

DEBEVOISE-LAW.COM and            :

DEBEVOISE-LAWS.COM,             :

            Defendants.     :
-------------------------------------------------------------x

## ORDER

This matter came before the Court on the motion of Plaintiff Debevoise &

Plimpton LLP ("Debevoise") for leave to serve notice of this matter by publication [Dkt.

Nos. 7, 9]. After considering the arguments of counsel as presented in the memorandum

to this Court, it is HEREBY ORDERED that:

1.     The Plaintiff's motion is GRANTED; and

2.     A copy of this Order be published in *The Washington Post* once within 14 days

after entry of this Order; and

3.     That the Defendant Domain Names are hereby advised:

    a.   The Plaintiff has filed a Complaint charging the Defendant Domain Names,

        <debevoise-law.com> and <debevoise-laws.com>, with violations of the

        Anticybersquatting Consumer Protection Act of 1999 ("ACPA"). A copy of the

Complaint may be obtained from Plaintiff's attorney, Jonathan R. Tuttle, Esq.,

801 Pennsylvania Avenue N.W., Suite 500, Washington, D.C. 20004, (202) 383-

8124; and

b. In the event that Plaintiff prevails against the Defendant Domain Names under the

ACPA, remedies could include the forfeiture or cancellation of the Defendant

Domain Names or the transfer of the Defendant Domain Names to the Plaintiff in

this action as well as money damages and an award of attorney fees; and

4. That the registrant of the Defendant Domain Names shall be served, as to all

claims asserted in the complaint in this matter, by the publication of notice as ordered

herein; and

5. That any answer or response to the Complaint should be filed with the Clerk of

Court, United States District Court for the Eastern District of Virginia, Alexandria

Division, 401 Courthouse Square, Alexandria, Virginia 22314-5798 within twenty (20)

days from the date of publication of this Order in *The Washington Post*.  If no appearance

or pleading is filed as required by this Order, this Court may render a judgment against

the Defendant Domain Names and the registrant which could include the forfeiture or

cancellation of the Defendant Domain Names, the transfer of the Defendant Domain

Names to the Plaintiff as well as money damages and the award of attorney fees.

Entered this 16th day of December, 2021

/s/ Ivan D. Davis
_____
Ivan D. Davis
United States Magistrate Judge

Alexandria, Virginia