IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| Debevoise & Plimpton LLP, | ) |
| *Plaintiff*, | ) Civil No. 1:21-cv-01386 |
| v. | ) Hon. Liam O'Grady |
| | ) Hon. Ivan D. Davis |
| Debevoise-Law.com and Debevoise-Laws.com, | ) |
| *Defendants*. | ) |

## ORDER

This matter comes before the Court upon the Report and Recommendation issued by Magistrate Judge Ivan D. Davis (the "Recommendation") on August 10, 2022 (Dkt. 34). Pursuant to Federal Rule of Civil Procedure 72(b)(2), the deadline for submitting any objections to the Recommendation was August 25, 2022. To date, no objections have been filed.

Thus, after reviewing the record and Judge Davis's Recommendation, and finding good cause to do so, the Court hereby **APPROVES** and **ADOPTS** the Recommendation (Dkt. 34) as to the seizure of the infringing domain names.

Therefore, it is hereby **ORDERED** that the Plaintiff's Motion for Default Judgment is **GRANTED**. *See* Dkt. 8.

It is **ORDERED** that judgment is hereby entered in favor of Plaintiff Debevoise & Plimpton LLP. It is **ORDERED** that judgment is hereby entered against the Defendant Infringing Domain Names: <Debevoise-Law.com> and <Debevoise-Law.com>.

The Clerk of Court is directed to enter judgment as set forth above pursuant to Rule 55 of the Federal Rules of Civil Procedure. A separate Order will issue regarding the individual registrar of the domain names.

It is **SO ORDERED**.

August 29, 2022  
Alexandria, Virginia

Liam O'Grady  
United States District Judge

2