IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| Debevoise & Plimpton LLP, | ) | |
| | ) | |
| Plaintiff | ) | |
| v. | ) | CIVIL ACTION NO. 1:21-cv-1386 |
| | ) | |
| Debevoise-Law.com and Debevoise-Laws.com, | ) | |
| | ) | |
| Defendants. | ) | |

## DEFAULT JUDGMENT

A default having been entered against the defendants Debevoise-Law.com and Debevoise-Laws.com, and counsel for the plaintiff Debevoise & Plimpton LLP having requested judgment against the defaulted defendants and having filed a proper declaration, all in accordance with Rule 55 of the Federal Rules of Civil Procedure; it is

ORDERED and ADJUDGED that judgment is hereby entered in favor of Plaintiff Debevoise & Plimpton LLP and against the Defendant infringing Domain Names: <Debevoise-Law.com> and <Debevoise-Law.com>.

Dated at Alexandria, Virginia, this 30th day of August, 2022.

FERNANDO GALINDO
CLERK OF COURT

BY: _____/s/_____
N. Neblett
Deputy Clerk