**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division**

| | |
|---|---|
| Debevoise & Plimpton LLP, )<br><br>*Plaintiff*, )<br><br>v. )<br><br>Debevoise-Law.com and Debevoise-<br>Laws.com, )<br><br>*Defendants*. ) | Civil No. 1:21-cv-01386<br>Hon. Liam O'Grady<br>Hon. Ivan D. Davis |

**FINAL JUDGMENT**

The Court has **APPROVED AND ADOPTED** the recommendation of the Honorable Magistrate Judge Ivan D. Davis in the Order accompanying this Final Judgment, judgment is hereby entered in favor of the Plaintiff, Debevoise & Plimpton LLP, and against the Defendant Infringing Domain Names, <Debevoise-Law.com> and <Debevoise-Laws.com>, on Count I of the Plaintiff's Complaint for violations of the Anticybersquatting Consumer Protection Act. The third-party company VeriSign Inc.—as the individual registrar listing the infringing domain names—is hereby **ORDERED** to change the registrar of record and register the Infringing Domain Names, <Debevoise-Law.com> and <Debevoise-Laws.com>, in the Plaintiff's name and under the Plaintiff's ownership. *See* 15 USC §1125(d)(2)(D)(i).

It is **SO ORDERED**.

August 2\ 2022
Alexandria, Virginia

Liam O'Grady
United States District Judge